

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-14-00145-CV

**IN THE GUARDIANSHIP ESTATE OF MARIA I. RODRIGUEZ**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2639
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The court reporter's notification of late record is GRANTED. The reporter's record is due on May 23, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

Keith E. Hottle
Clerk of Court